# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ADACHI, et al., <br><br> Plaintiffs, <br> vs. <br> CARLYLE/GALAXY SAN PEDRO L.P., et al., <br><br> Defendants. | CASE NO. 08cv2052 JM(WMc) <br><br> ORDER STRIKING DOCKET NO. 32; SCHEDULING ORDER |

**Motion to Strike**

The court, on its own motion, hereby strikes Docket No. 32 from the Court Docket. The document at issue, entitled "Order Continuing The Hearing . . .", was inadvertently entered on the Court Docket. The Clerk of Court is instructed to strike the image from the Court Docket.

**Scheduling Order**

In order to allow Plaintiffs an adequate opportunity to file responses to Defendants' (1) Motion to Compel Arbitration and (2) Motion to Dismiss, the court, on its own motion, continues the hearing date to January 23, 2009 at 2:00 p.m. Plaintiffs shall file and serve their oppositions to these motion by January 14, 2009 and Defendants shall file and serve their reply briefs by January19, 2009.

///

///

///

1 | The court also calendars oral argument on Plaintiffs' <u>Ex Parte</u> Application for a Protective
2 | Order for the same time. Defendants may file a response to the <u>ex parte</u> application by January 9,
3 | 2009 and Plaintiff a reply brief by January 16, 2009.
4 | **IT IS SO ORDERED.**
5 | DATED: January 6, 2009

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 2 -                                                                 08cv2052